B1 (Official Form 1) (4/13)

# United States Bankruptcy Court
## WESTERN DISTRICT OF MICHIGAN

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>*The Village At Knapp's Crossing, L.L.C.* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *20-2673192* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*7400 Old Lantern Dr. SE*<br>*Caledonia, MI*    ZIPCODE *49316* | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
| County of Residence or of the Principal Place of Business: *Kent* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*6274 28th St. SE*<br>*Grand Rapids, MI*    ZIPCODE *49546* | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**                           THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| B1 (Official Form 1) (4/13) | | FORM B1, Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*The Village At Knapp's Crossing, L.L.C.* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____  *07/30/2013*<br>Signature of Attorney for Debtor(s)                                   Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13) FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Village At Knapp's Crossing, L.L.C.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X **/s/ John W. Zaskiewicz**
Signature of Attorney for Debtor(s)

**John W. Zaskiewicz P73692**
Printed Name of Attorney for Debtor(s)

**Tishkoff & Associates PLLC**
Firm Name

**407 North Main Street**
Address

**Ann Arbor, MI   48104**

**(734) 663-4077**
Telephone Number

**07/30/2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven D. Benner**
Signature of Authorized Individual

Steven D. Benner, on behalf of S.D. Benner, LLC, Debtor's sole member
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**07/30/2013**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *The Village At Knapp's Crossing, L.L.C.*

Case No.

Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>City of Grand Rapids<br><br>1101 Monroe Ave NW<br>Grand Rapids MI   49503 | Phone:<br>City of Grand Rapids<br>Attn:  Water & Sewer Dept.<br>1101 Monroe Ave NW<br>Grand Rapids MI   49503 | Water main installation | | $ 70,519.40 |
| 2<br>Foster Swift<br>1700 East Beltline Ave NE<br>Suite 200<br>Grand Rapids MI   49525 | Phone:<br>Foster Swift<br>1700 East Beltline Ave NE<br>Suite 200<br>Grand Rapids MI   49525 | Attorney fees | | $ 17,890.23 |
| 3<br>Detroit Testing Company<br>601 W. Fort St.<br>Detroit MI 48226 | Phone:<br>Detroit Testing Company<br>601 W. Fort St.<br>Detroit MI 48226 | Environmental soil testing | | $ 10,500.00 |
| 4<br>John Huizinga CPA<br>11138 8th Ave NW<br>Grand Rapids MI 49504 | Phone:<br>John Huizinga CPA<br>11138 8th Ave NW<br>Grand Rapids MI 49504 | Accounting work | | $ 9,500.00 |
| 5<br>Arthur J. Gallagher Risk Managment Services (AJGRMS)<br>Itasca IL 60143 | Phone:<br>Arthur J. Gallagher Risk Managment Services (AJGRMS)<br>Itasca IL 60143 | Bond fees | | $ 6,450.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Cunningham Dalman PC<br><br>P.O. Box 1767<br>Holland MI  49422 | Phone:<br>Cunningham Dalman PC<br>321 Settlers Road<br>P.O. Box 1767<br>Holland MI  49422 | Attorney fees | | $ 6,000.00 |
| 7<br>Robert Attmore Attorney At Law<br>2908 32nd St. SE<br>Grand Rapids MI 49512 | Phone:<br>Robert Attmore Attorney At Law<br>2908 32nd St. SE<br>Grand Rapids MI 49512 | Attorney fees | | $ 3,445.00 |
| 8<br>Equipment Solutions<br>2401 W. Main St.<br>Lowell MI 49331 | Phone:<br>Equipment Solutions<br>2401 W. Main St.<br>Lowell MI 49331 | Equipment rental | | $ 2,400.00 |
| 9<br>Michael A. McInerney, PLC<br>312 East Fulton<br>Grand Rapids MI 49503 | Phone:<br>Michael A. McInerney, PLC<br>312 East Fulton<br>Grand Rapids MI 49503 | Attorney fees | | $ 350.00 |
| 10<br>First Community Bank<br>200 East Main St.<br>Harbor Springs MI 49740 | Phone:<br>First Community Bank<br>200 East Main St.<br>Harbor Springs MI 49740 | Mortgage<br><br>Value:<br>Net Unsecured: | | $ 167,113.95<br>$ 975,000.00<br>$ 0.00 |
| 11<br>Steven D. Benner<br>7400 Old Lantern Dr. SE<br>Caledonia MI 49316 | Phone:<br>Steven D. Benner<br>7400 Old Lantern Dr. SE<br>Caledonia MI 49316 | Leasing commissions, etc. | | Unknown |
| 12<br>SD Benner, LLC<br>7400 Old Lantern Dr. SE<br>Caledonia MI  49316 | Phone:<br>SD Benner, LLC<br>7400 Old Lantern Dr. SE<br>Caledonia MI  49316 | Loans, work done, interest, etc. | | Unknown |
| 13<br>Evergreen Properties of Michigan, Inc.<br>7400 Old Lantern Dr. SE<br>Caledonia MI  49316 | Phone:<br>Evergreen Properties of Michigan, Inc.<br>7400 Old Lantern Dr. SE<br>Caledonia MI  49316 | Management fees, etc. | | Unknown |

, Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>International Bank of Chicago<br>5069 N. Broadway<br>Chicago IL 60640 | Phone:<br>Dykema Gossett PLLC<br>300 Ottawa Avenue NW<br>Grand Rapids MI 49503 | *Mortgage* | Value:<br>Net Unsecured: | $ 4,142,007.10<br>$ 11,000,000.00<br>$ 0.00 |
| 15<br>Commerica Bank<br>411 W. Lafayette<br>Detroit MI 48226 | Phone:<br>Miller Canfield<br>150 W. Jefferson Ave.<br>#2500<br>Detroit MI  48226 | *Mortgage* | Value:<br>Net Unsecured: | $ 468,242.77<br>$ 3,685,000.00<br>$ 0.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Steven D. Benner, on behalf of S.D. Benner, LLC, Debtor's sole member , *Managing Member* of the Limited Liability Company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 7/30/2013

Signature /s/ Steven D. Benner

Name: Steven D. Benner, on behalf of S.D. Benner, LLC, Debtor's sole member

Title: *Managing Member*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *The Village At Knapp's Crossing, L.L.C.*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *John W. Zaskiewicz*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my (our) knowledge, and that all creditors listed on the schedules (if filed with the matrix) are listed on the matrix.

Date: *07/30/2013*

/s/ John W. Zaskiewicz
Attorney for the Debtor

/s/ Steven D. Benner
Debtor
By:   Steven D. Benner, on behalf of S.D. Benner, LLC, Debtor's sole member and authorized individual
Title:   Managing Member

```
ARTHUR J   GALLAGHER RISK MANAGMENT SERVI
(AJGRMS)
TWO PIERCE PLACE
ITASCA   IL   60143


CITY OF GRAND RAPIDS
ATTN   WATER & SEWER DEPT
1101 MONROE AVE NW
GRAND RAPIDS   MI   49503


COMMERICA BANK
411 W   LAFAYETTE
DETROIT   MI   48226


CUNNINGHAM DALMAN PC
321 SETTLERS ROAD
P O   BOX 1767
HOLLAND   MI   49422


DETROIT TESTING COMPANY
601 W   FORT ST
DETROIT   MI   48226


DYKEMA GOSSETT PLLC
300 OTTAWA AVENUE NW
GRAND RAPIDS   MI   49503


EQUIPMENT SOLUTIONS
2401 W   MAIN ST
LOWELL   MI   49331
```

EVERGREEN PROPERTIES OF MICHIGAN  INC
7400 OLD LANTERN DR  SE
CALEDONIA  MI   49316


FIRST COMMUNITY BANK
200 EAST MAIN ST
HARBOR SPRINGS  MI   49740


FOSTER SWIFT
1700 EAST BELTLINE AVE NE
SUITE 200
GRAND RAPIDS  MI   49525


INTERNATIONAL BANK OF CHICAGO
5069 N  BROADWAY
CHICAGO  IL   60640


JOHN HUIZINGA CPA
11138 8TH AVE NW
GRAND RAPIDS  MI   49504


KIRSCHBAUM & NAGELBERG LLP
ATTN  ROBERT D  NACHMAN
200 W  MADISON ST   STE  3900
CHICAGO  IL   60606


KREIS ENDERLE
40 PEARL STREET N W
GRAND RAPIDS  MI   49503

```
MICHAEL A  MCINERNEY  PLC
312 EAST FULTON
GRAND RAPIDS  MI  49503


MILLER CANFIELD
150 W  JEFFERSON AVE
#2500
DETROIT  MI  48226


ROBERT ATTMORE ATTORNEY AT LAW
2908 32ND ST  SE
GRAND RAPIDS  MI  49512


SD BENNER  LLC
7400 OLD LANTERN DR  SE
CALEDONIA  MI  49316


STEVEN D  BENNER
7400 OLD LANTERN DR  SE
CALEDONIA  MI  49316
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re: The Village At Knapp's Crossing, L.L.C.

Case No. _____
Chapter 11

Debtor
_____/

STATEMENT OF DEBTOR REGARDING
CORPORATE OWNERSHIP

✔ The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:

Name: SD Benner, LLC
Address: 7400 Old Lantern Dr. SE Caledonia MI, 49316

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

☐ There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/30/2013

/s/ Steven D. Benner
Signature of Authorized Individual
For LLC Debtor

Steven D. Benner, on behalf of S.D. Benner, LLC, Debtor's sole member
Print Name

Managing Member
Title